# Order

Michigan Supreme Court
Lansing, Michigan

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139996(54)
139997

ERNEST HORVATH,
      Plaintiff-Appellee,

v

SC: 139996-7
COA: 283931, 284842
Wayne CC: 07-713287-NI

DON JOHNSON and SUBURBAN
MOBILITY AUTHORITY FOR REGIONAL
TRANSPORTATION, d/b/a SMART,
      Defendants-Appellants.
_____

      On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

_____
Clerk